AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JUL - 4 2015

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-15-01075-M |
| Jorge Alberto Ramos, Jr.<br>YOB: 1991  Citizenship: United States | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 3, 2015__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession With Intent to Distribute a Controlled Substance/Approximately 7.28 Kilograms of Cocaine, a Schedule II Controlled Substance. |
| 21 U.S.C. § 846 | Conspiracy with Intent to Distribute a Controlled Substance/Approximately 7.28 Kilograms of Cocaine, a Schedule II Controlled Substance. |
| 21 U.S.C. § 952 | Illegal Importation of a Controlled Substance/Approximately/Approximately 7.28 Kilograms of a Controlled Substance. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

_____
*Complainant's signature*

Michael A. Blackwood,  HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  7/4/2015

_____
*Judge's signature*

City and state:  McAllen, Texas

U.S. Magistrate Judge  Peter E. Ormsby
*Printed name and title*